CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

7/14/2017

JULIA C. DUDLEY, CLERK
BY: s/ CARMEN AMOS
    DEPUTY CLERK

| | |
|---|---|
| CHEYENNE D. LUCKADO,<br>                      *Plaintiff,*<br>v.<br>NANCY A. BERRYHILL,<br>ACTING COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,<br>                      *Defendant.* | CASE NO. 6:16-cv-00002<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

This matter is before the Court on the parties' cross motions for summary judgment (dkts. 17 and 21), and the Report & Recommendation of United States Magistrate Judge Robert S. Ballou (dkt. 27, hereinafter "Report"). Pursuant to Standing Order 2011-17 and 28 U.S.C. § 636(b)(1)(B), I referred this matter to Judge Ballou for proposed findings of fact and a recommended disposition. The parties filed cross motions for summary judgment, and on June 29, 2017, Judge Ballou filed a Report recommending that Plaintiff's Motion for Summary Judgment, (dkt. 17), be denied, and the Commissioner's Motion for Summary Judgment, (dkt. 21), be granted. After a review of the record in this case, and no objections having been filed to the Report within fourteen days of its service upon the parties, I adopt the Report in its entirety.

Accordingly:

1. The Report of June 29, 2017, is hereby **ADOPTED** in its entirety;

2. Plaintiff's Motion for Summary Judgment, (dkt. 17), is hereby **DENIED**;

3. Defendant's Motion for Summary Judgment (dkt. 21) is hereby **GRANTED**; and

4. This case is hereby **DISMISSED**.

The Clerk of the Court is hereby directed to send a copy of this Order to all counsel of record and to United States Magistrate Judge Robert S. Ballou.

It is so **ORDERED**.

Entered this __14th__ day of July, 2017.

*/s/ Norman K. Moon*
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE